**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

vs.                                                      Criminal No.: 3:19-cr-176-HTW-FKB

**JUANA GREGORIA ALONSO**

## MOTION FOR CONTINUANCE

**COMES NOW** the Defendant, Juana Gregoria Alonso, by and through his attorney, Aafram Y. Sellers, and moves this Honorable Court to grant a continuance in the above captioned matter and in support of this motion the Defendant would show unto the Court the following, to-wit:

(1) That this matter is set for Trial beginning on Tuesday, October 1, 2019. That Defendant was recently indicted. That Attorney Sellers requests additional time to review discovery and to meet with his client in preparation for Trial and/or advise this Defendant;

(2) Additionally, Defendant does not speak English and that Attorney Sellers needs an interpreter to communicate with Defendant, which makes preparing for trial more complicated. Accordingly, a continuance is needed so that Attorney Sellers can communicate with his and adequately prepare in this matter; and

(3) That the Defendant, after being fully advised of his rights pursuant to the Speedy Trial Act, hereby agrees to this request and specifically waives the time period covered by this continuance, if granted, and further state that the request is not for delay. That justice would best be served if Attorney Sellers is granted additional time to prepare for the trial of this matter. Furthermore, the

government will not be prejudiced by a continuance of this matter and the government does not opposed said Motion.

**WHEREFORE, THE ABOVE PREMISES CONSIDERED**, the Defendant, Juana Gregoria Alonso respectfully requests the relief sought herein be granted.

Respectfully, submitted this the 26th day of September 2019.

Respectfully Submitted,

**JUANA GREGORIA ALONSO**, *DEFENDANT*

s/ Aafram Y. Sellers
Aafram Y. Sellers, MSB #100261
395 Edgewood Terrace Drive
Jackson, Mississippi 39206
Telephone: (601) 352-0102
Facsimile: (601) 352-0106
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September, 2019, a true and correct copy of the foregoing *Motion for Continuance* was served on all interested parties via USDC CM/ECF system.

/s/ Aafram Y. Sellers
Aafram Y. Sellers