IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                CRIMINAL NO. 3:19cr176-HTW-FKB

JUANA GREGORIA ALONSO
a/k/a Juana Gregorio Alonzo
a/k/a Michelle Yado
a/k/a Michelle J. Yado
a/k/a Michelle Jeannette Yado

## JOINT STATUS REPORT

The United States (hereinafter "the Government"), by and with the consent of counsel for the defendant, JUANA GREGORIA ALONSO a/k/a Juana Gregorio Alonzo a/k/a Michelle Yado, a/k/a Michelle J. Yado a/k/a Michelle Jeannette Yado (hereinafter "Defendant"), having conferred as ordered by the Court on September 20, 2019, submit this Joint Status Report and responding to the Court's inquiries as follows:

1. **What is the Defendant's primary language?**

   The Defendant's primary language is that of the "Chuj" language.

2. **Where is the Defendant currently housed?**

   South Louisiana Correctional Center, 3843 E. Stagg Avenue, Basile, Louisiana 70515

3. **Are the parties prepared to go to trial? If not, why not?**

   The defense advises that they are not prepared to go to trial at this time as the defense has not been able to locate the Defendant and interview her. The Government advises that it is not opposed to a continuance with an order that includes language for the exclusion of time to toll the running of any time under the Speedy Trial Act and in the interests of justice.

4. **Is the defendant intending on entering a plea of guilty or a guilty plea combined with an expedited sentencing hearing? If so, the parties must contact the court jointly to schedule a change of plea hearing immediately.**

    Counsel for the Defendant and the Defendant are in the process of evaluating and addressing Defendant's intentions, if any, of entering of a guilty plea.

5. **What motions are outstanding? List motions and a brief synopsis.**

    At this time there are no outstanding pending motions but the Defendant anticipates filing and unopposed Motion to Continue Trial.

6. **How long will the trial last? How many witnesses is each side intending on calling?**

    The government and defense anticipate the trial to last approximately three (3) days total. The government anticipates it will call approximately three (3) witnesses and the defense anticipates it will call ___ ( ) witnesses.

7. **By the estimation of the parties, how many days remain on the defendant's Speedy Trial Act Clock?**

    The parties submit to the Court that as the Defendant's last day before the Court was at her detention hearing held on September 4, 2019 (day 247 of the calendar year), and as no motion tolling the time has occurred, that seventy (70) days within which to assure a speedy trial pursuant to Title 18, United States Code, Section 3161, would be until November 13, 2019 (day 317).

Dated: September 26, 2019

Respectfully jointly submitted,

| | |
|---|---|
| D. MICHAEL HURST<br>United States Attorney | AAFRAM Y. SELLERS<br>Attorney for Defendant |
| BY:  *s/ Andrea C. Jones*<br>ANDREA C. JONES<br>Assistant United States Attorney<br>1575 20th Avenue<br>Gulfport, MS 39501<br>Andrea.Jones@usdoj.gov<br>Mississippi Bar No. 7664<br>Phone: (228) 563-1560 | BY:   *s/ Aafram Y. Sellers*<br>395 Edgewood Terrace Drive<br>Jackson, MS 39206<br>aafram@sellerslawfirm.net<br>Mississippi Bar No. 100261<br>aafram@sellerslawfirm.net<br>(601) 352-0102 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing pleading has been electronically delivered through ECF to the Court and all counsel of record.

This the 26th day of September, 2019.

                                          *s/ Andrea C. Jones*
                                          ANDREA C. JONES
                                          Assistant United States Attorney